IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  **05-cv-943-AP**

ALEX ARGUELLO,

      Plaintiff,

v.

JO ANNE B. BARNHART,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL

<u>For Plaintiff</u>:
Michael W. Seckar
402 West 12th Street
Pueblo, CO 81003
(719)543-8636
seckarlaw@mindspring.com

<u>For Defendant</u>:
Bonnie E. Sims
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294
(303)844-7278(telephone)
(303)844-0770(facsimile)
bonnie.sims@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 405(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**      **Date Complaint Was Filed:** May 24, 2005

      **B.**      **Date Complaint Was Served on U.S. Attorney's Office:** June 3, 2005

      **C.**      **Date Answer and Administrative Record Were Filed:** August 1, 2005

**4.  STATEMENT REGARDING THT ADEQUACY OF THE RECORD**

Both parties agree that the administrative record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit any additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Both parties agree that this case involves no unusually complicated or out-of-the-ordinary claims.

**7.  OTHER MATTERS**

Neither party has any other matters to bring to the Court's attention.

**8.  PROPOSED BRIEFING SCHEDULE**

      **A.**      **Plaintiff's Opening Brief Due:** September 28, 2005

      **B.**      **Defendant's Response Brief Due:** October 28, 2005

      **C.**      **Plaintiff's Reply Brief Due:** November 13, 2005

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral Argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral Argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

<u>**Indicate below the parties' consent choice.**</u>

    **A.**    **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH  D.C.COLO.LCivR 7.1(C)  BY SUBMITTING  PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or Amended only upon a showing of <u>good cause.</u>**

DATED this 19th day of August, 2005.

BY THE COURT:

<u>**S/John L. Kane**</u>
U.S. District Court Judge

APPROVED:

s/ Michael W. Seckar
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
Telephone:(719)563-8636
FAX: (719)543-8403
seckarlaw@mindspring.com
Attorney for Plaintiff


UNITED STATES ATTORNEY

s/ Bonnie E. Sims
By: Bonnie E. Sims
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone:(303)844-7278
bonnie.sims@ssa.gov


s/ Kurt Bohn
Kurt J. Bohn
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
kurt.bohn@usdoj.gov


Attorneys for Defendant

Please affix counsel's signatures and any *pro se* parties signatures before submission of the proposed

Joint Case Management Plan to the court.